**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 16, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00298-CV

---

## THOMAS A. PHILLIPS D/B/A R2CM, Appellant

## V.

## GENE VINCENT AND KENDRA VINCENT, Appellees

---

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Court Cause No. 12-09-09419 CV**

---

## M E M O R A N D U M   O P I N I O N

Appellant filed a notice of appeal from a judgment signed December 12, 2014. The appeal was transferred to this court from the Ninth Court of Appeals. On April 9, 2015, appellant filed a motion to dismiss the appeal because the parties have settled their dispute. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.